Elaborated Ready Roofing Company, appellant, v. Adam F. Nold, appellee. Gen. No. 28,661.

Action for work and services. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Emanuel Eller, Judge, presiding. Heard in the third division of this court for the

first distrtict at the October term, 1923. Affirmed. Opinion filed June 25, 1924.

Shelley B. Neltnor, for appellant. Norman A. Beck, for appellee.

Mr. Justice Thomson delivered the opinion of the court.